# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TINNUS ENTERPRISES, LLC and ZURU LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>TELEBRANDS CORP. BULBHEAD.COM, and, BED BATH & BEYOND INC.<br><br>Defendants. | Case No.<br>6:17-CV-00170-RWS-JDL |

## **ORDER**

BEFORE the Court is Telebrands' Motion to Submit Additional Exhibits to Preliminary Injunction Hearing. Having considered said Motion, the Court finds that it is well taken. Therefore, it is hereby

ORDERED, ADJUDGED and DECREED that Telebrands' Motion to Submit Additional Exhibits to Preliminary Injunction Hearing is GRANTED.

**SIGNED this 20th day of April, 2017.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE