**UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **TINNUS ENTERPRISES, LLC,** ) <br> ) <br> and ) <br> ) <br> **ZURU LTD.,** ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **TELEBRANDS CORP.,** ) <br> ) <br> and ) <br> ) <br> **BULBHEAD.COM, LLC,** ) <br> ) <br> and ) <br> ) <br> **BED BATH & BEYOND INC.** ) <br> ) <br>     Defendants. ) <br> ) | Civ. Action No. 6:17-cv-170 – RWS-JDL |

**ORDER GRANTING JOINT MOTION TO EXTEND THE DEADLINE TO COMPLETE VENUE-RELATED DISCOVERY**

On this day came on to be considered the Joint Motion to Extend the Deadline to Complete Venue-Related Discovery, and the Court being of the opinion that the Motion should be GRANTED, it is therefore,

ORDERED, ADJUDGED and DECREED that the parties will have up to and including August 11, 2017 to complete venue-related discovery.