**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **TINNUS ENTERPRISES, LLC, ZURU LTD., ZURU INC., ZURU UK LTD., ZURU LLC, ZURU PTY LTD.,** | § § § § § § § § § § § § | **CIVIL ACTION NO. 6:17-CV-00170-RWS** |
| Plaintiffs, | | |
| v. | | |
| **TELEBRANDS CORPORATION, BULBHEAD.COM, LLC, BED BATH & BEYOND INC.,** | | |
| Defendants. | | |

**ORDER**

The Court has recently set trial for related Case No. 6:15-cv-551 for July 22, 2019. The Court is of the opinion that both the resources of the parties and the Court will be best served by trying the original 6:15-cv-551 matter first. Accordingly, the Court **STAYS** this matter until further notice of the Court.

**So ORDERED and SIGNED this 16th day of November, 2018.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE