### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| **TINNUS ENTERPRISES, LLC** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:17cv170-RWS-JDL** |
| | § | |
| **TELEBRANDS CORP., BULBHEAD.** | § | |
| **COM, LLC, & BED BATH & BEYOND** | § | |
| **INC.** | § | |

### FINAL JUDGMENT

Pursuant to the Joint Stipulation of Dismissal (Docket No. 496), the Court hereby enters Final Judgment.  It is hereby

**ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**.  All costs are to be borne by the party that incurred them.  All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**SIGNED this 23rd day of May, 2019.**


ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE